# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

PNC Bank, National Association

                              Plaintiff,

v.                                                   Case No.: 1:25−cv−02351
                                                         Honorable Sara L. Ellis

Great Lakes Lumber & Pallet, Inc., et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 6, 2025:

      MINUTE entry before the Honorable Sara L. Ellis: Telephone motion hearing held. Plaintiff reports that it has not heard from Defendants. The Court grants Plaintiff's motion for default and for default judgment [16]. Plaintiff should submit its proposed default judgment order to the Court's proposed order email. Mailed notice (ags)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.